## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNIVERSITY SPINE CENTER on assignment of Ali D.,  :  | Civil Action No.: 2:18-cv-02859-CCC-CLW |
| Plaintiff,  : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v.  : | |
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY and JOHN DOE, being a fictitious name for the Plan Administrator whose identity is presently unknown,  : | *Filed Electronically* |
| Defendants.  : | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the

Defendant, Horizon Blue Cross Blue Shield of New Jersey, through their undersigned counsel,

that the above-captioned civil action is hereby dismissed in its entirety with prejudice, each party

to bear its own attorney's fees and costs.


**CALLAGY LAW, P.C.**                    **BECKER LLC**

*/s/ Daniel C. Nowak, Esq.*              */s/ Michael E. Holzapfel, Esq.*
Daniel C. Nowak, Esq.                    Michael E. Holzapfel, Esq.
*Attorney for Plaintiff*                 *Attorney for Defendant*
*University Spine Center*                *Horizon Blue Cross Blue Shield of New Jersey*

Dated: September 6, 2018                 Dated: September 6, 2018